IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 07-00411-04-CR-W-HFS |
| CHRISTOPHER TAYLOR, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

Defendant Taylor seeks suppression of wiretap evidence. I have examined the record and briefing. The report and recommendation for denial of the motion to suppress is persuasive and consistent with the record and will be adopted without elaboration.

Defendant's objection to the report (Doc. 211) argues from general principles but fails to present cases where wiretap evidence was suppressed in circumstances arguably comparable to what occurred here. The wiretaps escaped condemnation in the three Eighth Circuit cases cited. Caselaw outside the Circuit that would favor defendant has not been located or cited.

The motion to suppress (Doc. 117) is hereby DENIED.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

April  14 , 2009

Kansas City, Missouri