IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Case No. 07-00411-04-CR-W-HFS |
| CHRISTOPHER TAYLOR, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Defendant moves for dismissal of Count II of the indictment for pre-indictment delay. A review of the record and briefing, and consideration of a report and recommendation, discloses that a 23-month delay occurred, that a video record of certain activities was destroyed, and the video had no significant materiality. For reasons stated in Judge Larsen's report and recommendation (Doc. 167), which I adopt, the motion to dismiss Count II (Doc. 91) is DENIED.

                /s/ Howard F. Sachs
                HOWARD F. SACHS
                UNITED STATES DISTRICT JUDGE

April __17__, 2009

Kansas City, Missouri