IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 07-00411-04-CR-W-HFS |
| CHRISTOPHER TAYLOR | ) | |
| Defendant. | ) | |

**ORDER**

Through some failure of communication at the Circuit Clerk's level or the District Court Clerk's level (or both) I have just been informed of the Circuit decision of February 18, 2011 and the mandate of May 17, 2011.

Pursuant to the mandate, the motion to suppress (Doc. 89) is, on reconsideration, GRANTED, and the adverse ruling (Doc. 225) is VACATED. The guilty plea is withdrawn, the judgment of conviction and sentence (Doc. 320) are VACATED, and the parties shall proceed as though the motion to suppress had been initially granted.

Unless the charges against defendant are dismissed within ten days further pretrial proceedings will be reassigned to Judge Larsen.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

July  26 , 2011

Kansas City, Missouri